FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2021

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### _____ DIVISION

CASE NO. __4:21-cv-00137-LPR-PSH__

Jury Trial: ☐ Yes ☐ No
(Check One)

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: **JESSE JAMES ANDERSON**
    ADC # **170510**

    Address: **#3 EMERGENCY LANE RUSSELLVILLE, AR 72802**

    Name of plaintiff: **JOHN MITCHELL**
    ADC # **153261**

    Address: **#3 EMERGENCY LANE RUSSELLVILLE, AR 72802**

    Name of plaintiff: **Michael Ivy**
    ADC # **660278**

    Address: **#3 Emergency lane Russellville, AR 72802**

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: **TURN KEY HEALTH SERVICES**

    Position: **HEALTH CARE PROVIDER / POPE COUNTY JAIL**

    Place of employment: **TURN KEY HEALTH SERVICES**

    Address: **#3 EMERGENCY LANE RUSSELLVILLE, AR 72802**

    Name of defendant: **ROWDY SWEETS**

    Position: **JAIL ADMINISTRATOR**

-4-

This case assigned to District Judge __Rudofsky__
and to Magistrate Judge __Harris__

Place of employment: PoPE CouNTy JAIL

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **POPE COUNTY JAIL – RUSSELLVILLE, AR 72801**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

__X__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **90 DAY PAROLE VIOLATION**

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓     No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓    No ___

If not, why? I CANT GET PAPERED COPIES OF GREIVANCES DUE TO KIOSK ACCESS ONLY

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ROWDY SWEET: IS RESPONSIBLE FOR MY SAFETY, SECURITY AND WELL BEING AS JAIL ADMINISTRATOR AND HAS ME HOUSED WITH OTHER INMATES W/ POSITIVE COVID-19 RESULTS, (IN FACT ONE OF WHICH ON THE RACK NEXT TO ME) AND WILL NOT CORRECT THE PROBLEM. THERE IS NO SOCIAL DISTANCING AND I AM NOT ALLOWED A MASK. I WAS NOT TESTED FOR COVID-19, AND WHILE IN A "QUARANTINE POD-2" SEVERAL NEW INMATES HAD BEEN BROUGHT IN WITHOUT COVID TESTING. ROWDY SWEET ALSO REFUSES TO SUPPLY COVID TESTS AND/OR PROTECTION, AND THERE IS NO SOCIAL DISTANCING. I WAS GIVEN A TB TEST, BUT NEVER A COVID-19 TEST.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$1000.00 PER DAY FOR EVERY DAY MY HEALTH AND SAFETY WAS THREATENED AND/OR AT RISK. COVID-19 TEST

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

JESSE J ANDERSON
*(signature)*

Signature(s) of plaintiff(s)

My name is Jesse Anderson and I need a Inmate 1983 Packet.

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 28 2021
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Penny Willis
VISIT #IMD03602S9
SUBMITTER: 58PPCDC  DELETED 2/14/21

MICHAEL IVY
VISIT # MD0306088  DELETED 12/23/2020
SUBMITTER: 58RPCDC

Positive Covid-19
Positive Tests

JESSE J. ANDERSON # 2635
#3 EMERGENCY LANE
RUSSELLVILLE, AR 72802

NEOPOST   FIRST-CLASS MAIL
02/11/2021
US POSTAGE $001.40⁰



ZIP 72801
041M11280338

LEGAL MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITAL AVE
ROOM A 149
LITTLE ROCK, AR 72201