# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHN MITCHELL**                                                    **PLAINTIFF**
**ADC #153261**

**v.**                            **Case No: 4:21-cv-00137-LPR**

**TURN KEY HEALTH SERVICES,** *et al.*                       **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 3). No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the Proposed Findings and Recommendation as well as the record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ORDERED that Mr. Mitchell's Complaint (Doc. 1) is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of May 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE